JANE C. HAM, RESPONDENT, *v.* EDMUND H. VAN ORDEN, APPELLANT.

APPEAL from a judgment of the County Court of Greene county, affirming a judgment of a justice of the peace in favor of the plaintiff.

This appeal was heard at the June Term, and an opinion delivered by LEARNED, P. J.; subsequently it was discovered that Mr. Justice LEARNED was disqualified from sitting in the case, and it was accordingly reargued at this term, and the judgment reversed, for the reasons stated in the opinion formerly delivered by Mr. Justice LEARNED, which is reported in 11 Supreme Court (4 Hun), page 709.

*Jacob I. Werner*, for appellant.    *E. Ham*, for respondent.

Opinion *per Curiam*.

Present — BOCKES and BOARDMAN, JJ.

Judgment of County Court reversed, and that of justice affirmed.